## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JASON V. BACA,

      Plaintiff,

  v.                                  No. CV 13-1247 MCA/CG

ALEC STANDIFORD,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on July 14, 2015. (Doc. 42). In the PFRD, the Magistrate Judge concluded that *Defendants' Motion for Summary Judgment and Supporting Memorandum*, (Doc. 28), be granted, and that Plaintiff's Eighth Amendment claim be dismissed with prejudice, and his First Amendment claim and tort claim be dismissed without prejudice.

The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 42 at 21). No objections have been filed, and the deadline of July 31, 2015 has passed. The recommendations of the Magistrate Judge shall therefore be adopted by this Court.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Proposed Findings and Recommended Disposition*, (Doc. 42), be **ADOPTED** in its entirety.

**IT IS FURTHER ORDERED** that *Defendants' Motion for Summary Judgment and Supporting Memorandum*, (Doc. 28), be **GRANTED**, and that:

    a)  Plaintiff's Eighth Amendment claim against Defendant be **DISMISSED WITH PREJUDICE**;

b) Plaintiff's First Amendment claim against Defendant be **DISMISSED WITHOUT PREJUDICE**;

c) Plaintiff's tort claim against Defendant be **DISMISSED WITHOUT PREJUDICE**; and

d) All other relief requested by Plaintiff be **DENIED**.

**IT IS SO ORDERED.**

_____

THE HONORABLE M. CHRISTINA ARMIJO
UNITED STATES CHIEF DISTRICT JUDGE